United States District Court
Southern District of Texas
**ENTERED**
June 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GRACIE CATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-118 |
| | § | |
| CITY OF WALLER, ET AL., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND OPINION

For the reasons stated in this court's Memorandum and Order granting the defendants' motion to dismiss, Docket Entry No. 38, this court dismisses Cates's federal claims under 42 U.S.C. §§ 1983 and 1985, with prejudice. Cates's state-law claims of assault against Seth Samsel, civil conspiracy to conceal assault against Matthew Samsel and Seth Samsel, and intentional infliction of emotional distress against Seth Samsel, are dismissed without prejudice. (Docket Entry No. 20, at 11–13). These state-law claims are remanded to the 189th Judicial District Court, Harris County, Texas.

SIGNED on June 7, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge